AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>ORLIN MANUEL CASTELLANOS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 13-8012-DLB |

FILED by _____ D.C.
JAN - 8 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 29, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC Sections 1326(a) & (b)(1) | Illegal Reentry after Deportation. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Deportation Officer, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: __1-8-2013__

_____
Judge's signature

City and state: __West Palm Beach, FL__   U.S. Magistrate Judge Dave Lee Brannon
Printed name and title

## UNITED STATES v. ORLIN MANUEL CASTELLANOS
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Orlin Manuel CASTELLANOS committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3.      On or about December 29, 2012, Orlin Manuel CASTELLANOS was arrested in Palm Beach County, Florida, on a charge of giving a false name upon being detained. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is, Orlin Manuel CASTELLANOS.

4.      On or about January 3, 2013, your affiant received the immigration alien file assigned to Orlin Manuel CASTELLANOS. Records within this alien file assigned to Orlin Manuel CASTELLANOS show that he is a native and citizen of Honduras.

1

Records further show that on or about May 3, 2011, Orlin Manuel CASTELLANOS was ordered removed from the United States. The Order of Removal was executed on or about May 9, 2011, whereby Orlin Manuel CASTELLANOS was removed from the United States to Honduras. Thereafter, Orlin Manuel CASTELLANOS re-entered into the United States illegally, and on or about May 21, 2012, was removed from the United States to Honduras for the second time.

5. Records further show that on or about May 29, 1998, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Orlin Manuel CASTELLANOS was convicted of possession of marijuana in case number 98-4164CFA02.

6. A further review of the alien file assigned to Orlin Manuel CASTELLANOS shows that on or about May 31, 2002, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Orlin Manuel CASTELLANOS was convicted of burglary of a dwelling in case number 01-CF-014081.

7. Additional records obtained by your affiant show that on or about September 19, 1997, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Orlin Manuel CASTELLANOS was convicted of tampering with physical evidence and possession of cocaine in case number 97-09121CF.

8. Records further show that on or about March 7, 2008, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Orlin Manuel CASTELLANOS was convicted of grand theft 2007CF014693.

9. Town of Palm Beach Police Department Gregory Parkinson conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the

individual encountered on December 29, 2012, that is, Orlin Manuel CASTELLANOS, was the same person previously removed from the United States on or about May 21, 2012.

10. On or about January 4, 2013, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A200 664 443 for the alien identified as Orlin Manuel CASTELLANOS, verifying that, after a diligent search, no record was found to exist indicating that Orlin Manuel CASTELLANOS had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

11. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about December 29, 2012, Orlin Manuel CASTELLANOS, an alien who had previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this _____ day of January, 2013.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  13-8012-DLB

UNITED STATES OF AMERICA

vs.

ORLIN MANUEL CASTELLANOS,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY
Ann.Marie.C.Villafana@usdoj.gov
FL BAR NO. 0018255
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777